NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

CA 04-1412


BARBARA ROBERTS, ET AL.

VERSUS

STATE FARM MUTUAL AUTO INS. CO., ET AL.


**********

APPEAL FROM THE
NINTH JUDICIAL DISTRICT COURT
PARISH OF RAPIDES, NO. 215,356
HONORABLE HARRY FRED RANDOW, DISTRICT JUDGE

**********

JOHN D. SAUNDERS
JUDGE

**********

Court composed of John D. Saunders, Oswald A. Decuir, and James T. Genovese, Judges.

AFFIRMED.

**Rellis Phil Godfrey**
**Attorney at Law**
**610 Marshall, Suite 615**
**Shreveport, LA 71101-3652**
**(318) 227-2887**
**Counsel for Plaintiff Appellant:**
**Barbara Roberts**
**Jacque Metoyer**

**Bonita K. Preuett-Armour**
**Armour Law Firm**
**P. O. Box 710**
**Alexandria, LA 71309**
**(318) 442-6611**
**Counsel for Defendant Appellee:**
**State Farm Mutual Auto Ins. Co.**
**Aurelia Janice**